UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IVONNE ANDREA VERGARA PRADA,

Petitioner,

-v.-

LADEON FRANCIS, SECRETARY KRISTI
NOEM, and PAM BONDI,

Respondents.

26 Civ. 1205 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On February 12, 2026, Petitioner, through Next Friend Dennis Colon,

filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241.  The Court,

having examined the petition in this action, hereby ORDERS that:

(i)    On or before **February 13, 2026**, at **2:00 p.m.**, the Government shall

file a letter with the following information:

a.  Petitioner's A-number and current place of detention;

b.  The statutory provision(s) under which Respondents assert the

authority to detain Petitioner;

c.  A copy of any final order of removal;

d.  Any information regarding the procedural posture of any pending

Department of Homeland Security or Executive Office for

Immigration Review proceedings; and

e.  An indication of whether this case is distinguishable from previous

cases decided by this Court or other courts in this District.  *See,*

*e.g.*, *Ortiz-Lopez* v. *Francis*, No. 25 Civ. 7985 (KPF); *Villarreal Obregon* v. *Francis*, No. 25 Civ. 9465 (KPF).

(ii)   On or before **February 17, 2026**, the Government shall file an opposition as to why this petition for a writ of habeas corpus should not be granted.

(iii)   Petitioner shall have the opportunity to reply on or before **February 24, 2026**.

(iv)   The parties shall appear for a conference regarding the petition on **March 3, 2026**, at **3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Respondents shall produce Petitioner at this hearing.

(v)   To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed from the United States without an order by this Court allowing such removal.  *See, e.g.*, *M.K.* v. *Joyce*, No. 25 Civ. 1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) ("To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed … unless and until the Court orders otherwise." (emphasis omitted)); *Garcia-Izquierdo* v. *Gartner*, No. 4 Civ. 7377 (RCC), 2004 WL 2093515, at *2 (S.D.N.Y. Sept. 17, 2004) ("Under the All Writs Act, 28 U.S.C. § 1651, the Court may order that a petitioner's deportation be stayed … when a stay is necessary to preserve the Court's jurisdiction of the case.").

2

(vi)    Moreover, to facilitate resolution of the petition, Petitioner shall not be transferred, except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court.  *See Samb* v. *Joyce*, No. 25 Civ. 6373 (DEH) (S.D.N.Y. Aug. 4, 2025) (Dkt. #3 at 2) (collecting cases in support of enjoining transfer of petitioner outside of the New York City area).

(vii)   The Clerk of Court shall mail a copy of this Order to Petitioner at the following address:

> Ivonne Andrea Vergara Prada
> 88-20 Whitney Ave
> Elmhurst, NY 11373

(viii)  In addition, the Clerk of Court shall email a copy of this Order to Petitioner's Next Friend at denniscolon94@gmail.com.

SO ORDERED.

Dated:   February 12, 2026
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge