**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 17, 2026

**By ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: *Prada v. Francis, et al.*, No. 26 Civ. 1205 (KPF)

Dear Judge Failla:

This Office represents the Government in the above-captioned habeas proceeding. I write respectfully in accordance with the Court's February 13 order, which directed ICE to release Petitioner from custody and to file a certification of such release today. ECF No. 6. ICE has informed this Office that Petitioner was released at approximately 4:11 p.m. on February 13.

The Government thanks the Court for its attention to this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: */s/ Janet Lynne Guyon*
JANET LYNNE GUYON
Special Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (917) 484-0324
E-mail: janet.guyon@usdoj.gov

cc: Counsel of record (by ECF)

The Court thanks the Government for the above update. The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

Dated: February 17, 2026
New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE