UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IVONNE ANDREA VERGARA PRADA,

                    Petitioner,                 26 **CIVIL** 1205 (KPF)

        -against-                             **JUDGMENT**

LADEON FRANCIS, SECRETARY KRISTI
NOEM, and PAM BONDI,
                      Respondent.
-------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 13, 2026, the Court appreciates the Government's prompt response. The Government concedes that cases this Court has already decided, including Ortiz-Lopez v. Francis, No. 25 Civ. 7985 (KPF), would control the result in this case. (See Vergara Prada Dkt. #5). In Ortiz-Lopez, this Court granted Mr. Ortiz-Lopez's petition for a writ of habeas corpus. (See Ortiz-Lopez Dkt. #13). As such, Mr. Rodriguez Perez's Petition in this action is GRANTED for the reasons set forth on the record in the October 22, 2025 conference in Ortiz-Lopez. (See Ortiz-Lopez Dkt. #15). Respondents are ORDERED to, with the help of United States Immigration and Customs Enforcement, transport Petitioner back to the Southern District of New York by February 14, 2026, if she is not already in the District, and immediately upon effectuating her transfer, to release Petitioner from custody. See Lopez Benitez v. Francis, F. Supp. 3d, No. 25 Civ. 5937 (DEH), 2025 WL 2371588, at *15 (S.D.N.Y. Aug. 13, 2025). Respondents may impose only the restraints on Petitioner's liberty that existed prior to her detention. Respondents are ENJOINED from re-detaining Petitioner without a valid exercise of discretion under 8 U.S.C. § 1226(a). Respondents are further ENJOINED, absent an additional Court Order, from denying bond to Petitioner in any subsequent proceeding on the basis that he

must be detained pursuant to 8 U.S.C. § 1225(b). It is further ORDERED that if Petitioner is granted bond, Respondents are ENJOINED from invoking the automatic stay provision at 8 C.F.R. § 1003.19(i)(2). See Rueda Torres v. Francis, No. 25 Civ. 8408 (DEH), 2025 WL 3168759, at *6 (S.D.N.Y. Nov. 13, 2025); accordingly, the case is closed.

**DATED:**  New York, New York
February 18, 2026

**TAMMI M. HELLWIG**

_____

**Clerk of Court**

**BY:**        *K. mango*

_____

**Deputy Clerk**